```
          UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF NEW HAMPSHIRE
```

Kathleen Mary O'Dell

    v.                                Civil No. 07-12-JD

United States of America


PROCEDURAL ORDER

    The movant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court in United States of America v. Kathleen Mary O'Dell, Cr. 03-cr-61-02-JD on January 13, 2006.  The court has reviewed the motion.

    The court orders the United States Attorney to file an answer within sixty (60) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.

    In the event that the United States Attorney contends that the motion is not timely filed under the limitations provided for in 28 U.S.C. § 2255 or that it is a second or successive motion,

a motion to dismiss in lieu of a response shall be filed within thirty (30) days of the date of this order.

   SO ORDERED.

                              *[signature]*
                              Joseph A. DiClerico, Jr.
                              District Judge

January 18, 2007

cc:  William E. Christie, Esquire