UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Kathleen Mary O'Dell</u>

    v.                                Civil No. 07-cv-12-JD

<u>USA</u>


<u>SEALED ORDER</u>

    Re: Document No. 13, SEALED MOTION Ex Parte Motion Requesting Order to Access Financial Statements

    Ruling: The government has filed an ex parte motion requesting access to financial statements of petitioner O'Dell in connection with her § 2255 petition.

    Instead of filing a straightforward request with a general statement of purpose, the government in its motion sets forth detailed serious allegations against petitioners Bradley and O'Dell. In the opinion of the court, it is inappropriate for the court to be privy to these serious allegations on an ex parte basis, some of which may have a bearing on the pending petitions. Under these circumstances, the petitioners are entitled to be informed of the contents of the ex parte motion.

    Therefore, the words "ex parte" are struck from the title of the motion, the government is ordered to serve petitioners' counsel with a copy of the motion, and the government shall show cause by September 19, 2007, why the motion should remain under seal.


                                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            U.S. District Judge

Date:  September 13, 2007

cc:       Aixa Maldonado-Quinones , Esq.